■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC McFARLANE, Appellant. [609 NYS2d 859] —Appeal by the defendant from a judgment of the County Court, Nassau County (Belfi, J.), rendered May 28, 1991, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

Moreover, the defendant contends that the verdict was against the weight of the evidence and that the judgment should therefore be reversed. However, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence *(see,* CPL 470.15 [5]). Sullivan, J. P., Miller, O'Brien and Krausman, JJ., concur.